**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 5 2018 ★
BROOKLYN OFFICE

MICHAEL PADMORE and
BEATRIZ MERCADO and
JENNIFER ESPINAL on behalf
of himself and herself and
all other similarly situated consumers

Case # 1:18-cv-00588

NOTICE OF
VOLUNTARY DISMISSAL

Plaintiff,

-against-

MILLER & MILONE, P.C.

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiffs, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

Dated: Nassau, New York
July 1, 2018

So Ordered:
/s/(ARR)
Dated:

/S Jacob Silver

Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 797-4141 – Fax